IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Wallace Shelton Grant, #265923,

    Plaintiff,

v.

Florence County Sheriff Department;
Florence County Detention Center;
and Captain Brunson,

    Defendants.

Civil Action No. 9:08-1048-SB

**ORDER**

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights. By local rule, this matter was referred to a United States Magistrate Judge for preliminary determinations.

On April 2, 2008, Magistrate Judge George C. Kosko issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court summarily dismiss the Florence County Sheriff's Department and the Florence County Detention Center as Defendants. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

**ORDERED** that the Florence County Sheriff's Department and the Florence County Detention Center are hereby dismissed without prejudice and without issuance and service of process. Having authorized service against Defendant Captain Brunson, however, the case is hereby remanded to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

April 24, 2008
Charleston, South Carolina

